**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHANEL MONET RIVERO-ROSADO,

                Plaintiff,                          22 **CIVIL** 4319 (OTW)

      -v-                                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 15, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Cross Motion for Judgment on the Pleadings is DENIED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:**  New York, New York
           March 18, 2024

                                                            **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                              **BY:**
                                                               **Deputy Clerk**